

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00545-CR

George Rene **VIDAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9523
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On October 2, 2014, Appellant's court-appointed counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967). In the brief, Appellant's counsel explained that he took the following steps:

(1)    notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and enclosed copies of the documents;

(2)    advised Appellant of his right to review the appellate record and file a pro se brief;

(3)    advised Appellant of his right to file a pro se petition for discretionary review should the court of appeals determine the appeal is frivolous; and

(4)    provided Appellant with a pro se motion for access to the appellate record, addressed to the Fourth Court of Appeals, that lacked only Appellant's dated signature.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the

State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court